**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**          **FELONY**

### BILL OF INFORMATION TO ESTABLISH PRIOR CONVICTION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 16-068** |
| **v.** | * | **SECTION: "R"** |
| **BRANDON HALL**<br>    **a/k/a "B-Hilly"** | * | **VIOLATION**: 21 U.S.C. § 851(a) |
| | * | |

\*     \*     \*

The United States Attorney charges that:

### COUNT 1

On or about March 21, 2012, in Orleans Parish Criminal District Court, Louisiana, in State v. Brandon Hall, Docket No. 509-247, the defendant, **BRANDON HALL, a/k/a "B-Hilly**," was convicted of Possession of Heroin, a felony drug offense that is punishable by imprisonment for more than one year under Louisiana law.   This prior conviction has become final.

This count is included pursuant to the requirements of Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

s/ Brandon S. Long
BRANDON S. LONG
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3106
Email: brandon.long@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

defense counsel of record.

> s/ Brandon S. Long
> BRANDON S. LONG
> Assistant United States Attorney