# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 16-068** |
| **v.** | * | **SECTION: "R"** |
| **BRANDON HALL**<br>a/k/a "B-Hilly" | * | |
| | * * * | |

## O R D E R

Having considered the Government's Unopposed Motion and Incorporated Memorandum to Dismiss Defendant Brandon Hall's Information to Establish Prior Conviction,

**IT IS HEREBY ORDERED** that the Government's Motion to Dismiss the Information to Establish Prior Conviction is **GRANTED**, and the Information to Establish Prior Conviction (Rec. Doc. 204) is **DISMISSED**.

New Orleans, Louisiana, this __25th__ day of __July__, 2019.

*Sarah Vance*
HONORABLE SARAH S. VANCE
UNITED STATES DISTRICT JUDGE